AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WESTLEY BASSETT

V.

ULTA SALON, COSMETICS &
FRAGRANCE, INC., et al.

CASE NUMBER: 08 C 277

ASSIGNED JUDGE: Holderman

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

ULTA SALON, COSMETICS & FRAGRANCE, INC.
c/o Sean M. Berkowitz
Latham & Watkins LLP
Sears Tower, Suite 5800
233 S. Wacker Drive, Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-18-08 |
| NAME OF SERVER (PRINT) Kay Pulido | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Email Summons and Complaint to Sean Berkowitz, Latham & Watkins, 233 S. Wacker Dr, #5800, Chicago, IL 60606 at Sean.Berkowitz@lw.com

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-18-08            Kay Pulido
              Date              Signature of Server

115 S. LaSalle St #2910
Address of Server
Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WESTLEY BASSETT

CASE NUMBER: 08 C 277

V.

ASSIGNED JUDGE: Holderman

ULTA SALON, COSMETICS & FRAGRANCE, INC., et al.

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

BRUCE E. BARKUS
c/o Sean M. Berkowitz
Latham & Watkins LLP
Sears Tower, Suite 5800
233 S. Wacker Drive, Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE 1-18-08 |
| NAME OF SERVER (PRINT) Kay Pulido | | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Email Summons and Complaint to Sean Berkowitz, Latham & Watkins, 233 S. Wacker Dr, #5800, Chicago, IL 60606 at Sean.Berkowitz@lw.com

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-18-08          Kay Pulido
             Date              Signature of Server

115 S. LaSalle St #2910
Address of Server
Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WESTLEY BASSETT

CASE NUMBER: 08 C 277

V.

ASSIGNED JUDGE: Holderman

ULTA SALON, COSMETICS & FRAGRANCE, INC., et al.

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

GREGG R. BODNAR
c/o Sean M. Berkowitz
Latham & Watkins LLP
Sears Tower, Suite 5800
233 S. Wacker Drive, Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-18-08 |
| NAME OF SERVER (PRINT) Kay Pulido | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Email Summons and Complaint to Sean Berkowitz, Latham & Watkins, 233 S. Wacker Dr, #5800, Chicago, IL 60606 at Sean.Berkowitz@lw.com

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-18-08
Date

Signature of Server: Kay Pulido

Address of Server: 115 S. LaSalle St #2910, Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WESTLEY BASSETT

CASE NUMBER: 08 C 277

V.

ASSIGNED JUDGE: Holderman

ULTA SALON, COSMETICS &
FRAGRANCE, INC., et al.

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

LYNELLE P. KIRBY
c/o Sean M. Berkowitz
Latham & Watkins LLP
Sears Tower, Suite 5800
233 S. Wacker Drive, Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-18-08 |
| NAME OF SERVER (PRINT) Kay Pulido | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Email Summons and Complaint to Sean Berkowitz, Latham & Watkins, 233 S. Wacker Dr, #5800, Chicago, IL 60606 at Sean.Berkowitz@lw.com

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-18-08        Kay Pulido
            Date            Signature of Server

115 S. LaSalle St #2910
Address of Server
Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.