# United States District Court
# Northern District of Illinois

In the Matter of

Westley Bassett

v.

Ulta Salon Cosmetics

Case No. 08 C 277

Designated Magistrate Judge
Susan E. Cox

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **James F. Holderman** to be related to **07 C 7083** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Robert W. Gettleman

Dated: January 16, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JAN 1 7 2008