## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 277 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Westley Bassett   Vs   Ulta Salon Cosmetics | | |

**DOCKET ENTRY TEXT:**

This case is CONSOLIDATED for all purposes with this case, 07 C 7083 Marc Mirsky vs. Ulta Salon Cosmetics.   Future docket entries may be made in 07 C 7083 only.

[Docketing to mail notice]

00:10

| | Courtroom Deputy | GDS |
|---|---|---|